People v H.A. (2026 NY Slip Op 01467)

People v H.A.

2026 NY Slip Op 01467

Decided on March 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 17, 2026

Before: Webber, J.P., Friedman, González, O'Neill Levy, Michael, JJ. 

Ind. No. 71439/23|SCI Nos. 74364/23, 71070/24|Appeal No. 6112-6113-6114|Case No. 2025-02339, 2025-02340, 2025-02341|

[*1]The People of The State of New York, Respondent, 
v H.A., Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgments, Supreme Court, New York County (Laura A. Ward, J.), rendered April 8, 2025, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the mandatory surcharge and fees imposed on defendant at sentencing (People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 17, 2026
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.